891 A.2d 611

IN THE MATTER OF ATHENA D. ALSOBROOK,
AN ATTORNEY AT LAW.

February 8, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–237, concluding that **ATHENA D. ALSOBROOK** of **EAST ORANGE**, who was admitted to the bar of this

State in 1987, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a)(gross neglect) and *RPC* 1.15(b)(failure to promptly deliver to client or third person any funds that client or third person is entitled to receive);

And the Court having determined from its review of the record that the appropriate discipline for respondent's unethical conduct is a censure;

And good cause appearing;

It is ORDERED that **ATHENA ALSOBROOK** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.